■ In the Matter of STANLEY SUTTON, Appellant, v PHILIP COOMBE, JR., as Commissioner of the Department of Correctional Services, et al., Respondents. [656 NYS2d 957] —Appeal from a judgment of the Supreme Court (Ellison, J.), entered March 29, 1996 in Chemung County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent Commissioner of Correctional Services finding petitioner guilty of violating certain prison disciplinary rules.

The Attorney-General has advised this Court by letter that respondents are not submitting a brief and he requests that this appeal be dismissed as moot inasmuch as the determination under review has been administratively reversed and expungement has been directed. Because petitioner has received all the relief to which he is entitled, the appeal is moot (see generally, Matter of Martin v Henderson, 159 AD2d 867).

Cardona, P. J., Mikoll, White, Casey and Spain, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.